EDWARD J. TAFE (State Bar Number. 175888)
ELENIUS FROST & WALSH
555 Mission Street, Suite 330
San Francisco, CA  94105
Phone: (415) 932-7000
Fax:  (415) 932-7001
E-mail:  edward.tafe@cna.com

Attorneys for Defendant
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KWANGWON USA, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, and DOES 1 through 20,<br><br>　　　　　　　Defendants. | CASE No. 5:14-cv-00287-JGB-DTB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Courtroom 1<br>Judge:  Hon. Jesus G. Bernal<br><br>Complaint Filed:  December 31, 2013 |

**ORDER**

　　Based on the parties' Stipulation to Dismiss Entire Action with Prejudice, this action is hereby dismissed with prejudice.

　　IT IS SO ORDERED.

JS-6

Dated:  April 21, 2014

　　　　　　　　　　　　　　　　　　　　　　
Honorable Jesus G. Bernal
U.S. District Court Judge